IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTWAN L. RICHARDSON, | : | Civil No. 1:22-CV-00029 |
| Plaintiff, | : | |
| v. | : | |
| BRIAN S. CLARK, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW,** on this 9th day of June, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion to compel, Doc. 189, is **DENIED**.

2. Plaintiff's motion to appoint forensic handwriting and computer analyst expert, Doc. 197, is **DENIED**.

3. Plaintiff's motion for an extension of time complete discovery, Doc. 202, is **DENIED**.

4. Defendants' motion to strike Plaintiff's motion for an extension of time, Doc. 206, is **DENIED** as moot.

5. Dispositive motions and supporting briefs shall be filed by **July 9, 2025**. Briefing on dispositive motions shall comply with local rules 7.4, 7.5, 7.6, 7.7, 7.8, and 56.1, except that briefs in support of any dispositive motions shall be filed by the above date.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Judge<br>
Middle District of Pennsylvania