IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTWAN L. RICHARDSON, | : | Civil No. 1:22-CV-00029 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BRIAN S. CLARK, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 30th day of March 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The Dauphin County Defendants' motion to supplement their statement of material facts, Doc. 218, is **GRANTED**.

2. The affidavit of Warden Gregory Briggs, Doc. 217, is hereby associated with the statement of material facts, Doc. 214, as Exhibit O.

3. The Dauphin County Defendants' motion for summary judgment, Doc. 213, is **GRANTED** in part and **DENIED** in part.

4. Summary judgment is **GRANTED** in the favor of the Dauphin County Defendants in the deliberate indifference claims brought against Defendants Burkins and Horcher, the negligence claims brought against Defendants Glenn, Burkins, and Horcher, and the intentional infliction of emotional distress claims brought against Defendants Glenn, Burkins, and Horcher.

5. Summary judgment is **DENIED** in the claims of deliberate indifference, negligence, and intentional infliction of emotional distress brought against Defendant Zimmerman.

6. The Medical Defendants' motion for summary judgment, Doc. 210, is **GRANTED** in part and **DENIED** in part.

1

7. Summary judgment is **GRANTED** in the favor of the Medical Defendants in the deliberate indifference claim brought against Defendant PrimeCare and the intentional infliction of emotional distress claims brought against Defendants PrimeCare, Young, Macut, Zeiders-Heichel, and Thomas.

8. Summary judgment is **DENIED** in the claims of deliberate indifference, and intentional infliction of emotional distress brought against Defendant Drabich.

9. An evidentiary hearing on the issue of administrative exhaustion will be held on **June 2, 2026, at 9:30 a.m.**

10. Defendants will submit briefing on the issue of administrative exhaustion with supporting evidence by **July 2, 2026**.

11. Plaintiff may file a brief in opposition and relevant evidence by **July 16, 2026**.

12. Defendants may file a reply briefing by **July 30, 2026**.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Judge<br>
Middle District of Pennsylvania